IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-00724-REB-MJW

EDKO, INC., an Illinois corporation,

Plaintiff(s),

v.

ALAIN BRULE,

Defendant(s).

## MINUTE ORDER

It is hereby ORDERED that the Joint Motion for Stipulated Protective Order (docket no. 29) is GRANTED. The written Stipulated Protective Order is APPROVED as amended in paragraph 8 and made an Order of Court.

Date: July 17, 2006