**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00724-REB-MJW

EDKO, INC., an Illinois corporation,

    Plaintiff,

v.

ALAIN BRULE,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter comes before the court on the **Stipulated Motion to Dismiss Complaint with Prejudice** [#44], filed October 2, 2006.  After careful review of the motion and the file, the court has concluded that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion to Dismiss Complaint with Prejudice** [#44], filed October 2, 2006, is **GRANTED**;

3. That this action **IS DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

4. That the Trial Preparation Conference set for October 5, 2007, is **VACATED**;

5. That the jury trial set to commence October 22, 2007, is **VACATED**; and

6.  That any pending motion is **DENIED** as moot.

Dated October 2, 2006, at Denver, Colorado.

                                               **BY THE COURT:**

                                               **s/ Robert E. Blackburn**
                                               **Robert E. Blackburn**
                                               **United States District Judge**